# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

CHRISTOPHER NELSON,            Civil File No. 10-CV-2274 JAR/DJW

     Plaintiff,

vs.                                       **NOTICE OF DISMISSAL**
                                                **WITH PREJUDICE**

MITCHELL N. KAY, P.C.,

     Defendant.

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                                                Respectfully submitted,

Dated:   June 22, 2010                  /s/ J. Mark Meinhardt
                                                J. Mark Meinhardt KS # 20245
                                                4707 College Blvd, Suite 100
                                                Leawood, KS 66211
                                                (913) 451-9797 (Telephone)
                                                (913) 451-6163 (Facsimile)
                                                meinhardtlaw@sbcglobal.net

                                                **ATTORNEY FOR PLAINTIFF**